# UNITED STATES DISTRICT COURT

for the
Southern District of California

| | |
|---|---|
| **Asher Bronstin, individually and on behalf of all others similarly situated**<br>*Plaintiff*<br>v.<br>**Yanchewski & Wardell Enterprises, Inc. d/b/a EcoWater SoCal, a California Corporation**<br>*Defendant* | Civil Action No. 26-cv-04474-JLS-DEB |

## AFFIDAVIT OF SERVICE

I, Rafael Romero, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Yanchewski & Wardell Enterprises, Inc. dba EcoWater SoCal in San Diego County, CA on August 6, 2026 at 1:56 pm at 2241 La Mirada Dr, Vista, CA 92081-8828 by leaving the following documents with Liz Hudson who as Person Authorized to Accept is authorized by appointment or by law to receive service of process for Yanchewski & Wardell Enterprises, Inc. dba EcoWater SoCal.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
CIVIL COVER SHEET
Demand for Document Preservation
Race: White, Sex: Female, Est. Age: 35-44, Hair: Blonde, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.1524423439,-117.2315907395
Photograph: See Exhibit 1

Total Cost: $95.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
San Diego County,
CA on 8/10/2026.

/s/ Rafael Romero

Rafael Romero - +1 (415) 948-4177
Registration No.: 3938
Registration County: San Diego County


Exhibit 1a)
8/6/2026 1:56 pm PDT
2241 La Mirada Dr, Vista, CA 92081-8828
33.1524423, -117.2315907
EcoWater SoCal
SOUTHERN CALIFORNIA
ECOWATER
CUSTOMER PARKING ONLY
RELYON
CUSTOMER PARKING ONLY